# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

**Plaintiff(s) or Petitioner(s)**

24-1017 C

Names: The State of Alaska

Location of Plaintiff(s)/Petitioner(s) (city/state): Juneau, Alaska

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Mark Champoux
Firm Name: Davis Graham & Stubbs LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 1550 17th Street, Suite 500
City-State-ZIP: Denver-Colorado-80202
Telephone Number: 303-892-9400
E-mail Address: mark.champoux@davisgraham.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔ Yes ☐ No

---

Nature of Suit Code: 518
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: DOI
Number of Claims Involved: 3

Amount Claimed: $ 25 billion
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
Is plaintiff a small business? ☐ Yes ✔ No
Was this action proceeded by the filing of a ☐ Yes ✔ No   Solicitation No. _____
protest before the GAO?
If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): Coastal Plain of the Arctic National Wildlife Refuge

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.