# In the United States Court of Federal Claims

No. 24-1017

(Filed: September 3, 2024)

* * * * * * * * * * * * * * * * * * * * * * * *

STATE OF ALASKA,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

For the reasons stated in the status conference held on September 3, 2024, the United States's motion to stay proceedings is denied. The United States is directed to file its motion to dismiss on or before October 4, 2024.

                                              s/Eric G. Bruggink
                                              ERIC G. BRUGGINK
                                              Senior Judge