# In the United States Court of Federal Claims

No. 24-1017

(Filed: December 4, 2024)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF ALASKA,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The court will hold oral argument in this matter in-person at 9:30AM on February 12, 2025, at the National Courts Building in Washington, DC. Any attorneys who are not available to physically attend may participate virtually.

                                               s/Eric G. Bruggink
                                               ERIC G. BRUGGINK
                                               Senior Judge