# In the United States Court of Federal Claims

No. 24-1017

(Filed: February 11, 2025)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF ALASKA,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    Pending before the court is defendant's consent motion (ECF No. 21) to withdraw without prejudice its motion to dismiss (ECF No. 10) and reply (ECF No. 18). Defendant further requests a 60 day stay in this case. We grant defendant's motion. The case is stayed until April 11, 2025, the February 12, 2025, oral argument is cancelled, and the parties are directed to file a Joint Status Report on or before April 11, 2025.

                                                           s/Eric G. Bruggink
                                                            ERIC G. BRUGGINK
                                                           Senior Judge