# In the United States Court of Federal Claims

No. 24-1017

(Filed: February 11, 2025)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF ALASKA,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    Pursuant to this court's order granting defendant's motion to withdraw its motion to dismiss (ECF No. 22), defendant's motion to dismiss is withdrawn without prejudice.

                                          s/Eric G. Bruggink
                                          ERIC G. BRUGGINK
                                          Senior Judge