IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 24-1017C |
| v. ) | |
| ) | (Senior Judge Bruggink) |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's February 11, 2025 order (ECF No. 22), plaintiff, the State of Alaska (the "State"), and defendant, the United States, respectfully submit this joint status report and request that the Court continue to stay proceedings in this case for 90 days.

On March 25, 2025, the District Court for the District of Alaska issued an order granting summary judgment in favor of plaintiff Alaska Industrial Development and Export Authority (AIDEA) in *AIDEA v. United States Dep't of the Interior, et al*., No. 3:24-cv-00051-SLG, ECF No. 95 (D. Alaska) (previously referred to as *AIDEA II*). *See* Exhibit A. The district court held that the Department of the Interior's (DOI) September 6, 2023 cancellation of AIDEA's leases was not in accordance with law. *Id.* The court thus vacated the lease cancellation decision and remanded to DOI for further proceedings.

The United States has advised the State that, pursuant to the district court's decision, the Bureau of Land Management (BLM)—an agency within DOI—is currently taking steps to retrieve bonus bids and rentals from AIDEA—which had previously been refunded pursuant to the lease cancellation decision—as part of the process to reinstate the leases. Under Public Law 115-97 ("2017 Tax Act"), Section 20001(b)(5), the State will be paid 50 percent of those funds.

Additionally, the United States has advised the State that, pursuant to the President's January 20, 2025 executive order, BLM is undertaking efforts to issue a new Coastal Plain Oil and Gas Leasing Program Record of Decision (ROD), with the intent of reinstating a program that makes the entire 1.56-million-acre Coastal Plain of the Arctic National Wildlife Refuge available for oil and gas leasing.  The United States also has advised that, as part of this ongoing environmental review and planning process, BLM will review the leases' current suspended status and issue a new decision, consistent with the ROD, concerning the suspension of the above-referenced leases.  The United States has further advised that BLM also intends to approach Knik Arm Services, LLC, and Regenerate Alaska, Inc., to determine if they would like to reinstate the leases they had previously voluntarily relinquished.

Given the district court's order in *AIDEA II*, and DOI's implementation of the executive order, the parties respectfully request that proceedings in this case continue to be stayed for 90 days.  The parties further propose that they submit a status report within 90 days of the Court's stay order, informing the Court as to the status of implementation of the court and executive orders, and the effects on the instant case.

Dated:  April 11, 2025

Respectfully submitted,

/s/Mark E. Champoux
Mark E. Champoux, Attorney of Record
Kathleen C. Schroder, Of Counsel
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Mark.Champoux@davisgraham.com
Katie.Schroder@davisgraham.com
Tel.: (303) 892-9400

Attorneys for Plaintiff

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Sosun Bae
SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7568
Facsimile: (202) 514-8640
E-mail: sosun.bae@usdoj.gov

Attorneys for Defendant