IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STATE OF ALASKA, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 24-1017C ) ) (Senior Judge Bruggink) |
| UNITED STATES, | ) ) |
|     Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's April 15, 2025, order (ECF No. 25), plaintiff, the State of Alaska (the "State"), and defendant, the United States, respectfully submit this joint status report and request that the Court continue to stay proceedings in this case for 60 days.

On March 25, 2025, the District Court for the District of Alaska issued an order granting summary judgment in favor of plaintiff Alaska Industrial Development and Export Authority (AIDEA) in *AIDEA v. United States Dep't of the Interior, et al.*, No. 3:24-cv-00051-SLG, ECF No. 95 (D. Alaska) (previously referred to as *AIDEA II*). The district court held that the Department of the Interior's (DOI) September 6, 2023, cancellation of AIDEA's leases was not in accordance with law. *Id.* The court thus vacated the lease cancellation decision and remanded to DOI for further proceedings. Defendant-intervenors in that case have appealed the district court's decision to the U.S. Court of Appeals for the Ninth Circuit. *See Alaska Indus. Dev. & Export Auth. v. U.S. Dep't of the Interior*, Nos. 25-3231, 25-3344 (9th Cir.). The consolidated appeals are pending.

The United States has advised the State that, pursuant to the district court's decision, the Bureau of Land Management (BLM)—an agency within DOI—is continuing to undertake the necessary consultations and other administrative processes regarding the leases. Additionally,

pursuant to the President's January 20, 2025 executive order, BLM is continuing its efforts to issue a new Coastal Plain Oil and Gas Leasing Program Record of Decision (ROD), with the intent of reinstating a program that makes the entire 1.56-million-acre Coastal Plain of the Arctic National Wildlife Refuge available for oil and gas leasing.  BLM intends to issue the new ROD within the third quarter of this year, based on the existing National Environmental Policy Act (NEPA) analysis and following consultation under Section 7 of the Endangered Species Act (ESA).  S*ee* Status Report*, Gwich'in Steering Committee, et al. v. Burgum,* No. 3:20-cv-204-SLG, ECF No. 118 (D. Alaska May 9, 2025).  To that end, on May 12, 2025, BLM reinitiated ESA consultation with the National Marine Fisheries Service and, on June 2, 2025, reinitiated ESA consultation with Fish and Wildlife Service.  Both consultations are ongoing.

Additionally, the parties are reviewing the recent reconciliation legislation, known as the "One Big Beautiful Bill Act," Pub. Law No. 119-21, for potential implications it may have on BLM's approach to the Coastal Plain Oil and Gas Leasing Program.

The United States also has advised that, as part of its ongoing environmental review and planning process, BLM will review the leases' current suspended status and issue a new decision, consistent with the ROD, concerning the suspension of the above-referenced leases. The United States has further advised that BLM also intends to approach Knik Arm Services, LLC, and Regenerate Alaska, Inc., to determine if they would like to reinstate the leases they had previously voluntarily relinquished.

Given the district court's order in *AIDEA II*, the associated appeal, and DOI's implementation of the executive order, the parties respectfully request that proceedings in this case continue to be stayed for 60 days.  The parties further propose that they submit a status

2

report within 60 days of the Court's stay order, informing the Court as to the status of implementation of the court and executive orders, and the effects on the instant case.

Dated:  July 15, 2025                                    Respectfully submitted,

/s/Mark E. Champoux
Mark E. Champoux, Attorney of Record
Kathleen C. Schroder, Of Counsel
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Mark.Champoux@davisgraham.com
Katie.Schroder@davisgraham.com
Tel.: (303) 892-9400

Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ Sosun Bae
SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7568
Facsimile: (202) 514-8640
E-mail: sosun.bae@usdoj.gov

Attorneys for Defendant