# In the United States Court of Federal Claims

No. 24-1017

(Filed: October 2, 2025)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF ALASKA,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending is the government's unopposed motion to stay due to the appropriations lapse for the Department of Justice. Accordingly, the following is ordered:

1. The court orders the motion for a stay is granted.

2. Defendant is directed to notify the court promptly after appropriations are restored.

3. Seven days after notice is given, the parties shall submit a joint status report stating their position with respect to further scheduling changes.

                                         s/Eric G. Bruggink
                                         ERIC G. BRUGGINK
                                         Senior Judge