IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STATE OF ALASKA,                    )
                                    )
                Plaintiff,          )
                                    )       No. 24-1017C
        v.                          )
                                    )       (Senior Judge Bruggink)
UNITED STATES,                      )
                                    )
                Defendant.          )

## <u>NOTICE OF APPROPRIATIONS</u>

Pursuant to this Court's October 2, 2025 order on the Government's motion to stay (ECF No. 29), the Department of Justice hereby provides notice that on November 12, 2025, Congress appropriated funds for the Department through January 30, 2026, and attorneys have been permitted to resume their usual civil litigation functions as of November 13, 2025.  In accordance with the Court's order, defendant intends to file a joint status report within seven days of this filing.


Dated:  November 14, 2025                    Respectfully submitted,

                                             BRETT A. SHUMATE
                                             Assistant Attorney General

                                             PATRICIA M. McCARTHY
                                             Director

                                             /s/ Steven J. Gillingham
                                             STEVEN J. GILLINGHAM
                                             Assistant Director

                                             /s/ Sosun Bae
                                             SOSUN BAE
                                             Senior Trial Counsel
                                             Commercial Litigation Branch
                                             Civil Division, Department of Justice
                                             P.O. Box 480, Ben Franklin Station
                                             Washington, D.C. 20044

Telephone: (202) 305-7568
Facsimile: (202) 514-8640
E-mail: sosun.bae@usdoj.gov

Attorneys for Defendant