IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STATE OF ALASKA, | ) |
|     Plaintiff, | ) ) ) ) No. 24-1017C |
| v. | ) ) (Senior Judge Bruggink) |
| UNITED STATES, | ) ) |
|     Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's November 17, 2025, order (ECF No. 31), plaintiff, the State of Alaska (the "State"), and defendant, the United States, respectfully submit this joint status report and request that the Court continue to stay proceedings in this case for 60 days.

On March 25, 2025, the District Court for the District of Alaska issued an order granting summary judgment in favor of plaintiff Alaska Industrial Development and Export Authority (AIDEA) in *AIDEA v. United States Dep't of the Interior, et al.*, No. 3:24-cv-00051-SLG, ECF No. 95 (D. Alaska) (previously referred to as *AIDEA II*). The district court held that the Department of the Interior's (DOI) September 6, 2023 cancellation of AIDEA's leases was not in accordance with law. *Id*. The court thus vacated the lease cancellation decision and remanded to DOI for further proceedings. Defendant-intervenors in that case have appealed the district court's decision to the U.S. Court of Appeals for the Ninth Circuit. *See Alaska Indus. Dev. & Export Auth. v. U.S. Dep't of the Interior*, Nos. 25-3231, 25-3344 (9th Cir.). The consolidated appeals are pending.

Pursuant to the President's January 20, 2025 executive order, DOI issued a new Record of Decision on October 23, 2025. *See* https://eplanning.blm.gov/eplanning-ui/project/2038038/570. In addition, on October 24, 2025, DOI issued a decision terminating the

suspension of AIDEA's seven leases, which are the subject of this case.[1]  With regard to the other two leases that are the subject of this case—the Knik Arm and Regenerate Alaska leases—the United States has advised that DOI is continuing to consider its administrative options.

Given the district court's order in *AIDEA II*, the associated appeal, and DOI's ongoing implementation of the executive order and consideration of the Knik Arm and Regenerate Alaska leases, the parties respectfully request that proceedings in this case continue to be stayed for 60 days.  The parties further propose that they submit a status report within 60 days of the Court's stay order, informing the Court as to the status of implementation of the court and executive orders, and the effects on the instant case.

Dated:  November 21, 2025

Respectfully submitted,

/s/Mark E. Champoux
Mark E. Champoux, Attorney of Record
Kathleen C. Schroder, Of Counsel
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Mark.Champoux@davisgraham.com
Katie.Schroder@davisgraham.com
Tel.: (303) 892-9400

Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

---

[1] DOI terminated the lease suspension, rather than the lease cancellation, because the district court had already held the cancellation of the leases to be unlawful.

<u>/s/ Sosun Bae</u>
SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7568
Facsimile: (202) 514-8640
E-mail: sosun.bae@usdoj.gov

Attorneys for Defendant