IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 24-1017C |
| v. | ) | |
| | ) | (Senior Judge Bruggink) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's November 24, 2025 order (ECF No. 33), plaintiff, the State of Alaska (the State), and defendant, the United States, respectfully submit this joint status report and request that the Court continue to stay proceedings in this case for 90 days.

On March 25, 2025, the District Court for the District of Alaska issued an order granting summary judgment in favor of plaintiff Alaska Industrial Development and Export Authority (AIDEA) in *AIDEA v. United States Dep't of the Interior, et al*., No. 3:24-cv-00051-SLG, ECF No. 95 (D. Alaska) (previously referred to as *AIDEA II*).  The district court held that the Department of the Interior's (DOI) September 6, 2023 cancellation of AIDEA's leases was not in accordance with law.  *Id.*  The court thus vacated the lease cancellation decision and remanded to DOI for further proceedings.  Defendant-intervenors in that case have appealed the district court's decision to the United States Court of Appeals for the Ninth Circuit.  *See Alaska Indus. Dev. & Export Auth. v. U.S. Dep't of the Interior*, Nos. 25-3231, 25-3344 (9th Cir.).  The consolidated appeals are still pending.

Pursuant to the President's January 20, 2025 executive order, DOI issued a new Record of Decision for the Coastal Plain Oil and Gas Leasing Program on October 23, 2025.  *See* https://www.blm.gov/press-release/interior-takes-bold-steps-expand-energy-local-control-and-

land-access-alaska.  On December 11, 2025, Congress passed a joint resolution disapproving the 2024 Record of Decision for the Coastal Plain Oil and Gas Leasing Program.  *See* H.J. Res. 131, P.L. No. 119-52.

In addition, on October 24, 2025, DOI issued a decision terminating the suspension of AIDEA's seven leases, which are the subject of this case.[1]  DOI is currently coordinating with AIDEA regarding the full reinstatement of the leases.  With regard to the other two leases that are the subject of this case—the Knik Arm and Regenerate Alaska leases—the United States has advised that DOI is still continuing to consider its administrative options.

Given the appeal of the district court's order in *AIDEA II* and DOI's ongoing implementation of the executive order, efforts to fully reinstate the AIDEA leases, and consideration of the Knik Arm and Regenerate Alaska leases, the parties respectfully request that proceedings in this case continue to be stayed for 90 days.  The parties further propose that they submit a status report within 90 days of the Court's stay order, informing the Court as to the status of implementation of the district court and executive orders, as well as the status of the *AIDEA II* appeal, and the effects on the instant case.

Dated:  January 23, 2026                              Respectfully submitted,

                                                      /s/Mark E. Champoux
                                                      Mark E. Champoux, Attorney of Record
                                                      Kathleen C. Schroder, Of Counsel
                                                      DAVIS GRAHAM & STUBBS LLP
                                                      1550 17th Street, Suite 500
                                                      Denver, CO 80202
                                                      Mark.Champoux@davisgraham.com
                                                      Katie.Schroder@davisgraham.com
                                                      Tel.: (303) 892-9400

---

[1]  DOI terminated the lease suspension, rather than the lease cancellation, because the district court had already held the cancellation of the leases to be unlawful.

Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

STEVEN J. GILLINGHAM
Assistant Director

/s/ Sosun Bae
SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7568
Facsimile: (202) 514-8640
E-mail: sosun.bae@usdoj.gov

Attorneys for Defendant

3