IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 24-1017C |
| v. | ) | |
| | ) | (Senior Judge Bruggink) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's April 22, 2026 order (ECF No. 37), plaintiff, the State of Alaska (the State), and defendant, the United States, respectfully submit this joint status report and request that the Court continue to stay proceedings in this case for 90 days.

On March 25, 2025, the District Court for the District of Alaska issued an order granting summary judgment in favor of plaintiff Alaska Industrial Development and Export Authority (AIDEA) in *AIDEA v. United States Dep't of the Interior, et al.*, No. 3:24-cv-00051-SLG, ECF No. 95 (D. Alaska) (previously referred to as *AIDEA II*). The district court held that the Department of the Interior's (DOI) September 6, 2023 cancellation of AIDEA's leases was not in accordance with law. *Id.* The court thus vacated the lease cancellation decision and remanded to DOI for further proceedings. Defendant-intervenors in that case have appealed the district court's decision to the United States Court of Appeals for the Ninth Circuit. *See Alaska Indus. Dev. & Export Auth. v. U.S. Dep't of the Interior*, Nos. 25-3231, 25-3344 (9th Cir.). Briefing in the consolidated appeals has now been completed and the cases are awaiting oral argument.

Pursuant to the President's January 20, 2025 executive order, DOI issued a new Record of Decision for the Coastal Plain Oil and Gas Leasing Program on October 23, 2025. *See* https://www.blm.gov/press-release/interior-takes-bold-steps-expand-energy-local-control-and-

land-access-alaska.  On December 11, 2025, Congress passed a joint resolution disapproving the 2024 Record of Decision for the Coastal Plain Oil and Gas Leasing Program.  *See* H.J. Res. 131, P.L. No. 119-52.

In addition, on October 24, 2025, DOI issued a decision terminating the suspension of AIDEA's seven leases, which are the subject of this case.[1]  Pursuant to consultation and coordination between DOI and AIDEA, six of AIDEA's seven leases[2] have now been reinstated—retroactive to January 1, 2026—and are currently active.  With regard to the leases involving Regenerate Alaska, Inc. and Knik Arm Services, LLC, both of those companies have been dissolved; as such, those leases are not expected to be reinstated.

Given the continuing appeal of the district court's order in *AIDEA II*, the reinstatement of six of the AIDEA leases, and the dissolution of Knik Arm Services, LLC and Regenerate Alaska, Inc., the parties respectfully request that proceedings in this case continue to be stayed for 90 days to allow the parties to confer as to how the case should proceed.  The parties further propose that they submit a status report within 90 days of the Court's stay order, informing the Court as to how they propose to proceed.

Dated:  May 13, 2026

Respectfully submitted,

/s/Mark E. Champoux
Mark E. Champoux, Attorney of Record
Kathleen C. Schroder, Of Counsel
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Mark.Champoux@davisgraham.com

---

[1]  DOI terminated the lease suspension, rather than the lease cancellation, because the district court had already held the cancellation of the leases to be unlawful.

[2]  At AIDEA's request, the seventh lease was not reinstated.

Katie.Schroder@davisgraham.com
Tel.: (303) 892-9400

Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

STEVEN J. GILLINGHAM
Assistant Director

/s/ Sosun Bae
SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7568
Facsimile: (202) 514-8640
E-mail: sosun.bae@usdoj.gov

Attorneys for Defendant