# In the United States Court of Federal Claims

No. 24-1017
(Filed: May 14, 2026)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF ALASKA,

      *Plaintiff*,

v.

THE UNITED STATES,

      *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

For good cause shown, the parties' request to continue the stay of proceedings (ECF No. 38) is granted. The parties are directed to file a Joint Status Report on or before August 11, 2026.

      <u>s/Eric G. Bruggink</u>
      ERIC G. BRUGGINK
      Senior Judge