# In the United States Court of Federal Claims

No. 24-1017
(Filed: August 12, 2026)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF ALASKA,

       *Plaintiff*,

v.

THE UNITED STATES,

       *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

For good cause shown, the parties' request to continue the stay of proceedings (ECF No. 40) is granted. The parties are directed to file a Joint Status Report on or before November 9, 2026.

                           <u>s/Eric G. Bruggink</u>
                           ERIC G. BRUGGINK
                           Senior Judge