IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 24-1017C |
| v. | ) | |
| | ) | (Senior Judge Bruggink) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's August 12, 2026 order (ECF No. 41), plaintiff, the State of Alaska (the State), and defendant, the United States, respectfully submit this joint status report and request that the Court continue to stay proceedings in this case for 65 days.

**Details of Prior Status Reports**

On March 25, 2025, the District Court for the District of Alaska issued an order granting summary judgment in favor of Alaska Industrial Development and Export Authority (AIDEA) in *AIDEA v. United States Dep't of the Interior, et al.*, No. 3:24-cv-00051-SLG, ECF No. 95 (D. Alaska) (previously referred to as *AIDEA II*). The district court held that the Department of the Interior's (DOI) September 6, 2023 cancellation of AIDEA's leases was not in accordance with law. *Id.* The court thus vacated the lease cancellation decision and remanded to DOI for further proceedings. Defendant-intervenors in that case appealed the district court's decision to the United States Court of Appeals for the Ninth Circuit. *See Alaska Indus. Dev. & Export Auth. v. U.S. Dep't of the Interior*, Nos. 25-3231, 25-3344 (9th Cir.).

On October 23, 2025, pursuant to the President's January 20, 2025 executive order, DOI issued a new Record of Decision for the Coastal Plain Oil and Gas Leasing Program. *See* https://www.blm.gov/press-release/interior-takes-bold-steps-expand-energy-local-control-and-

land-access-alaska. On December 11, 2025, Congress passed a joint resolution disapproving the 2024 Record of Decision for the Coastal Plain Oil and Gas Leasing Program. *See* H.J. Res. 131, P.L. No. 119-52.

In addition, on October 24, 2025, DOI issued a decision terminating the suspension of AIDEA's seven leases, which are the subject of this case.[1] Pursuant to consultation and coordination between DOI and AIDEA, six of AIDEA's seven leases[2] have now been reinstated—retroactive to January 1, 2026—and are currently active. With regard to the leases involving Regenerate Alaska, Inc. and Knik Arm Services, LLC, both of those companies have been dissolved; as such, those leases were not reinstated. However, on June 5, 2026, the Bureau of Land Management held a lease sale that included the tracts formerly leased to Regenerate Alaska and Knik Arm, with AIDEA and HEX Energy securing the high bids for leases covering those tracts.

**Developments Since the August 12, 2026 Order**

On October 6, 2026, the Ninth Circuit issued a memorandum opinion dismissing the consolidated *AIDEA II* appeals as moot. *AIDEA II*, No. 25-3231, Dkt. 54.2 (9th Cir. Oct. 6, 2026). The Ninth Circuit reasoned that, because DOI issued a new Record of Decision in October 2025 and thereafter rescinded the suspension and reinstated AIDEA's leases, the lease cancellation decision challenged in *AIDEA II* no longer has any current practical effect. *Id.*

---

[1] DOI terminated the lease suspension, rather than the lease cancellation, because the district court had already held the cancellation of the leases to be unlawful.

[2] At AIDEA's request, the seventh lease was not reinstated.

**Request for Continued Stay**

Given the Ninth Circuit's dismissal of the *AIDEA II* appeals, the reinstatement of six of the AIDEA leases, the dissolution of Regenerate and Knik Arm, and the sale of leases for the tracts formerly leased by those companies, the parties anticipate they are nearing the point of determining how this case should proceed. However, the State represents that a new Governor for the State will take office on December 7, 2026 because current Governor Dunleavy is term limited, and that the incoming administration will need to be briefed on this matter and evaluate how to proceed, consistent with its priorities. The parties therefore respectfully request that proceedings in this case continue to be stayed for 65 days to allow the State's new leadership to be briefed and evaluate the case and to then allow the parties to confer as to how the case should proceed. The parties further propose that they submit a status report within 65 days of the Court's stay order, informing the Court as to how they propose to proceed.

Dated: November 9, 2026

Respectfully submitted,

/s/ Mark E. Champoux

Mark E. Champoux, Attorney of Record
Kathleen C. Schroder, Of Counsel
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
Mark.Champoux@davisgraham.com
Katie.Schroder@davisgraham.com
Tel.: (303) 892-9400

Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

STEVEN J. GILLINGHAM
Assistant Director

/s/ Sosun Bae
SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7568
Facsimile: (202) 514-8640
E-mail: sosun.bae@usdoj.gov

Attorneys for Defendant