# In the United States Court of Federal Claims

No. 24-1017
(Filed: November 13, 2026)

* * * * * * * * * * * * * * * * * * * * * * * * * *

STATE OF ALASKA,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

For good cause shown, the parties' request to continue the stay of proceedings (ECF No. 42) is granted. The parties are directed to file a Joint Status Report on or before January 19, 2027.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge